**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                                CASE NO.: 19-30524-KKS
                                                                              CHAPTER 13

EVERETT HARVEY KLINE

_____Debtor_____/

**CHAPTER 13 TRUSTEE'S**
**OBJECTION(S) TO CONFIRMATION OF**
**CHAPTER 13 PLAN (DOC. 4)**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby objects to confirmation of Debtor(s)' Chapter 13 Plan (Doc. 4) for the following reasons:

1. The Plan base is not sufficient to pay all filed and scheduled claims.

2. The Plan fails to address the priority portion of the Proof of Claim filed by the Internal Revenue Service ($80,042.79). Further, the Proof of Claim discloses that the Debtor(s) has not filed United States Income Tax Returns for tax years 2013 through 2018.

3. The Trustee objects to the payment of luxury items (2018 Harley Davidson Ultra valued at $29,573.00 with a secured claim of approximately $32,352.00; a 2018 Polaris XP1000 valued at $13,000.00; and a 4-Wheeler Trailer

valued at $1,500.00) while providing a nominal distribution to the unsecured creditors.

  4. The Trustee cannot verify the Debtor(s)' income as disclosed on Schedule I as the Debtor(s) has failed to provide monthly operating reports to the Chapter 13 Trustee.

  5. The Debtor(s) has failed to provide copies of the United States Income Tax Returns for the two (2) years preceding the date of filing to the Chapter 13 Trustee.

  6. The Certification of Filing Tax Returns (Doc. 6) reflects that the Debtor(s) has not filed all federal, state and local tax returns as required by Section 1308 and 1325(a)(9).

  7. The Trustee reserves her right to further object to the Debtor(s)' income and expenses until after the time for filing claims has expired in order to determine the true and accurate distribution to the unsecured creditors, as well as whether or not the Debtor(s) meets the liquidation test.

**RESPECTFULLY SUBMITTED**.

      /s/Leigh D. Hart or
      /s/William J. Miller, Jr.
        OFFICE OF CHAPTER 13 TRUSTEE
        POST OFFICE BOX 646
        TALLAHASSEE, FL 32302
        ldhecf@earthlink.net
        (850) 681-2734 "Telephone"
        (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to the persons/entities listed on the attached Exhibit "A", on the same date as reflected on the Court's docket as the electronic filing date for this document.

      /s/Leigh D. Hart or
      /s/William J. Miller, Jr.
        OFFICE OF CHAPTER 13 TRUSTEE

June 11, 2019

EXHIBIT "A"

EVERETT HARVEY KLINE
1318 POPPY AVE
PENSACOLA, FL 32507

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

U.S. DEPARTMENT OF JUSTICE
CHRISTOPHER P. CANOVA
UNITED STATES ATTORNEY
111 N. ADAMS STREET, 4TH FLOOR
TALLAHASSEE, FL 32301

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. ATTORNEY
ATTN:  CIVIL PROCESS CLERK
21 EAST GARDEN STREET, SUITE 400
PENSACOLA, FL 32502

U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
950 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20530

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
BANKRUPTCY SPECIALIST
400 W. BAY STREET, M/S 5720
JACKSONVILLE, FL 32202

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
BANKRUPTCY SPECIALIST
400 W. BAY STREET, M/S 5730
JACKSONVILLE, FL 32202

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
ATTN: MARY FREELAND, BANKRUPTCY SPECIALIST
801 BROADWAY M/S MDP 146
NASHVILLE, TN 37203

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P. O. BOX 7346
PHILADELPHIA, PA 19101-7346

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
P. O. BOX 7317
PHILADELPHIA, PA 19101-7317

U.S. DEPARTMENT OF THE TREASURY
STEVEN TERNER MNUCHIN
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, D.C. 20220